Jeffrey W. Dulberg (CA SBN 181200)
Jeffrey P. Nolan (CA SBN 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jdulberg@pszjlaw.com
          jnolan@pszjlaw.com

*Attorneys for Plaintiff, Official Committee of Unsecured Creditors*



**FILED & ENTERED**

**OCT 12 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte   **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,<br><br>        Debtors and<br>        Debtors-in-Possession.<br><br>Affects:<br><br>☒    All Debtors | Case Nos.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8-15-bk-15337-MW; 8:15-bk-15339-MW; 8-15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>              Plaintiff,<br><br>vs.<br><br>NEW MARKET ENTERPRISES INC.,<br><br>              Defendant. | **Adv. Proc. No. 8:17-ap-01174-MW**<br><br>**ORDER APPROVING STIPULATION OF PLAINTIFF AND DEFENDANT FOR EXTENSION OF TIME UNDER THE SCHEDULING ORDER**<br><br>Date:    October 24 , 2018<br>Time:   9:00 a.m.<br>Place:   Courtroom "6C"<br>          Ronald Reagan Federal Building<br>          411 West Fourth Street<br>          Santa Ana, CA  92701 |

DOCS_LA:317220.1 29266/002

The Court having read the *Request and Stipulation of Plaintiff and Defendant for Extension of Time Under the Scheduling Order* (the "Stipulation"), Docket No. 16, filed October 9, 2018, entered into by and between Plaintiff, the Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of Freedom Communications, Inc. ("Plaintiff") and Defendant New Market Enterprises Inc. ("Defendant") by and through their respective counsel of record, and for good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Pre-trial Conference scheduled for October 24, 2018 at 9:00 a.m, shall be continued to January 30, 2019 at 9:00 a.m.. The parties shall have through November 30, 2018 to complete their settlement dialog and remaining discovery. Any and all pretrial submissions will be due in accordance with the local rules from the new Pre-Trial Conference date.

2. This Stipulation shall be without prejudice to the Parties seeking additional extensions of time.

###

Date: October 12, 2018

Mark S. Wallace
United States Bankruptcy Judge